IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV - 5 2014

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-MJ-458 |
| REBECCA GAITAN REYNA     (01) <br> JOSE MANUEL JIMENEZ JR.   (02) <br> CHRISTINE AMADOR          (03) | |

### CRIMINAL COMPLAINT

Conspiracy to Possess a Controlled Substance with Intent to Distribute

On or about November 4, 2014, in the Fort Worth Division of the Northern District of Texas, defendant **Rebecca Gaitan Reyna, Jose Manuel Jimenez Jr., Christine Amador,** and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. § 846.

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1. On November 4, 2014, Agents and Officers with the Drug Enforcement Administration (DEA) Fort Worth Resident Office utilized a Confidential Source (CS) to purchase methamphetamine from occupants at the Knights Inn, room #117, located at 5253 SE Loop 820, Fort Worth, Texas, 76119.

2. During and after the purchase, Officers conducted surveillance of the motel. During the purchase, Officers observed Jose Jimenez exit room #222 and enter room #117. The CS reported that Jose Manuel Jimenez Jr. had brought narcotics with him into

room #117. Officers observed Jose Manuel Jimenez Jr., stay in room #117 for a matter of minutes before returning to room #222. After the purchase, Officers observed several individuals, at separate times, arrive at the motel and enter room #117. On these occasions, Officers observed that shortly after the individuals entered room #117, Jose Manuel Jimenez Jr. would exit room #222, enter room #117, stay for a matter of minutes, and then return to room #222. And shortly after Jose Manuel Jimenez Jr. left room #117, a person (whom officers believed to be a methamphetamine-customer) would leave room #117 and exit the premises.

3. Ultimately, Officers approached room #117, at which time Christine Amador opened the door to the room. Officers observed Jose Manuel Jimenez Jr. inside the room along with three other individuals. Officers observed a methamphetamine pipe in plain view inside the room and then detained all five individuals. TFO Cy Crum then spoke with Rebecca Gaitan Reyna, who stated that she had rented room #117 and that there was "probably" narcotics inside the room. Rebecca Gaitan Reyna stated that she and Christine Amador were staying in the room. TFO Crum then obtained consent to search the room from Rebecca Gaitan Reyna. During the search of room #117, Officers located and seized approximately ½ ounce of methamphetamine, digital scales, and methamphetamine distribution paraphernalia.

4. During this time, Officers learned from the Motel management that Rebecca Gaitan Reyna was the person who had rented room #117 and room #222. Affiant located a motel room key card on Jose Manuel Jimenez Jr.'s person. Jose Manuel Jimenez Jr.

gave affiant consent to search room #222. During the search of room #222, Officers located and seized approximately six ounces of methamphetamine, approximately $5,000 in U.S. currency, a loaded 9mm semi-automatic handgun, and methamphetamine distribution paraphernalia.

5. Officers then spoke to cooperating witness 1 (CW1). CW1 stated that Jose Manuel Jimenez Jr. had spent the previous night in room #222. CW1 stated that the semi-automatic handgun had been in the possession of Jose Manuel Jimenez Jr. at that time.

6. Officers then spoke with cooperating witness 2 (CW2). CW2 stated that Rebecca Gaitan Reyna worked for Jose Manuel Jimenez Jr. distributing methamphetamine. CW2 stated that Jose Manuel Jimenez Jr. kept the methamphetamine in room #222 and would distribute methamphetamine in varying amounts to Rebecca Gaitan Reyna. CW2 stated that Jose Manuel Jimenez Jr. would bring the methamphetamine to room #117 or Rebecca Gaitan Reyna would go to room #222 to obtain the methamphetamine from Jose Manuel Jimenez Jr.

7. Officers then spoke to cooperating witness 3 (CW3). CW3 stated that Rebecca Gaitan Reyna and Christine Amador worked for Jose Manuel Jimenez Jr. distributing methamphetamine to customers when they came to room #117. Christine Amador was one of the occupants of room #117 detained by Officers. CW3 stated that Christine Amador would also act as a look-out during methamphetamine transactions. CW3 stated

that both Rebecca Gaitan Reyna and Christine Amador would travel with Jose Manuel Jimenez Jr. and assist him in distributing methamphetamine.

8.  Although I have not listed all the facts regarding this conspiracy, I believe that the facts stated here establish probable cause that the defendant has committed a violation of 21 U.S.C. § 846, Conspiracy to Possess Methamphetamine with the Intent to Distribute it.

Brian Finney
Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me, at 9:57 am/pm, this 5th day of November, 2014, in Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge

Criminal Complaint - Page 4 of 4